IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

HOME CASUAL ENTERPRISE LTD.,

    Plaintiff,

v.

PLANTATION PATTERNS FURNITURE COMPANY, LLC,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 11-cv-655-wmc

---

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED

that judgment is entered granting summary judgment in favor of plaintiff Home Casual Enterprise Ltd. and entering final judgment against defendant Plantation Patterns Furniture Company, LLC, in the amount of $629,631.51.

_____      11/16/12
Peter Oppeneer, Clerk of Court               Date